UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SHELBY GOMEZ, a minor, by and through her guardian ad litem, Arnold Gomez,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　Defendants. | No. 2:09-cv-00225-MCE-KJM<br><br>ORDER |

On April 10, 2009, this Court issued an Order granting a Motion to Consolidate <u>Redos v. Union Pacific Railroad Company</u>, 2:08-cv-1036-MCE-KJM, and <u>Nickles v. Union Pacific Railroad Company</u>, 2:08-cv-01155-MCE-KJM, for discovery purposes. Plaintiff in <u>Gomez v. Union Pacific Railroad Company</u>, 2:09-cv-00225-MCE-KJM, has since filed a Statement of Non-Opposition to consolidation of the instant action with those already consolidated cases.

///
///

1

Accordingly, it is hereby ordered that <u>Gomez v. Union Pacific Railroad Company</u>, 2:09-cv-00225-MCE-KJM, is now consolidated for discovery purposes with <u>Redos v. Union Pacific Railroad Company</u>, 2:08-cv-1036-MCE-KJM, and <u>Nickles v. Union Pacific Railroad Company</u>, 2:08-cv-01155-MCE-KJM.

IT IS SO ORDERED.

Dated: May 18, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE