David L. Ditora (110252)
CLEMENT & ASSOCIATES
2209 J. Street
Sacramento, CA 95816
dvidditora@comcast.net
(916) 444-9323
(916) 444-9324 - fax
*Local Counsel for Plaintiff*

Dennis M. O'Bryan (P30545)
Kirk E. Karamanian (P52955)
O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
dob@obryanlaw.net
kkaramanian@obryanlaw.net
(248) 258-6262
(248) 258-6047 - fax
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO

JOHN REDOS,                                    ORDER PERMITTING
                                               TELEPHONIC APPEARANCE

        Plaintiff,

      v                                   Case No.  2:08-cv-01036-MCE-KJM

UNION PACIFIC RAILROAD COMPANY,

        Defendant.
_____/

JEFF NICKLES,

        Plaintiff,

      v                                   Case No: 2:08-cv-01155-MCE-KJM

UNION PACIFIC RAILROAD COMPANY,

1

Defendant.

_____/

SHELBY GOMEZ, a minor, by and
through her guardian ad litem, Arnold
Gomez,

       Plaintiff,

   v                               Case No: 2:09-cv-00225-MCE-KJM

UNION PACIFIC RAILROAD COMPANY,

       Defendant.

_____/

     Having reviewed his request for a telephonic appearance, IT IS HEREBY

ORDERED THAT Plaintiff's counsel, Dennis M. O'Bryan, (248) 258-6262, be allowed to

participate telephonically in the upcoming Motion To Amend Scheduling Order,

currently set for hearing on July 16, 2009 at 2:00 p.m.

 Dated:  June 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2