HAMPTON & RAWLINGS
Robert Keith Hampton (Tex. SBN 08876500)
Clayton Rawlings (Tex. SBN 16589900)
1927 Norfolk
Houston, Texas 77098
Telephone: [713] 520-7701
Facsimile: [713] 520-8612

LAW OFFICES OF BARRY A. ZIMMERMAN
Barry A. Zimmerman (SBN 129208)
1515 Lincoln Way
Auburn, California 95603
Telephone: [530] 823-0705
Facsimile: [530] 889-1711

Attorneys for Plaintiff
SHELBY GOMEZ, by and through her guardian ad litem, Arnold Gomez

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

| | |
|---|---|
| SHELBY GOMEZ, a minor, by and through Her Guardian ad litem, ARNOLD GOMEZ<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1 - L, inclusive,<br><br>Defendants, | Case No.: 2:09-CV-00225 MCE-KJM |

**ORDER**

After considering the Minor Plaintiff's Application to Shorten Time For Hearing on Minor Plaintiff's Unopposed Motion for Approval of Proposed Compromise, the Court GRANTS the application and sets the Minor Plaintiff's Unopposed Motion for Approval of Proposed Compromise for **Thursday May 13, 2010 at 2:00 p.m. in Courtroom 7.**

IT IS SO ORDERED.

Page 1

Dated: May 5, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

APPROVAL & ENTRY REQUESTED:

  /s/   Robert Keith Hampton
Robert Keith Hampton
State Bar No. 08876500
Clayton Rawlings
State Bar No. 16589900
HAMPTON & RAWLINGS
1927 Norfolk
Houston, Texas 77098
Telephone: (713) 520-7701
Facsimile: (713) 520-8612
rkh72@aol.com