HAMPTON & RAWLINGS
Robert Keith Hampton (Tex. SBN 08876500)
Clayton Rawlings (Tex. SBN 16589900)
1927 Norfolk
Houston, Texas 77098
Telephone: [713] 520-7701
Facsimile: [713] 520-8612

LAW OFFICES OF BARRY A. ZIMMERMAN
Barry A. Zimmerman (SBN 129208)
1515 Lincoln Way
Auburn, California 95603
Telephone: [530] 823-0705
Facsimile: [530] 889-1711

Attorneys for Plaintiff
SHELBY GOMEZ, by and through her guardian ad litem, Arnold Gomez

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

| | |
|---|---|
| SHELBY GOMEZ, a minor, by and through Her Guardian ad litem, ARNOLD GOMEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1 - L, inclusive,<br><br>  Defendants, | Case No.: 2:09-CV-00225 MCE-KJM |

**ORDER**

IT IS HEREBY ORDERED THAT Minor Plaintiff's counsel, Robert Keith Hampton (713) 520-7701, Minor Plaintiff, Shelby Gomez, and Guardian ad litem, Arnold Gomez, be allowed to participate in the upcoming hearing on Minor Plaintiff's Unopposed Motion for Approval of Compromise telephonically.

Dated: May 5, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Page 1

1

2   APPROVAL & ENTRY REQUESTED:

3

4
     /s/  Robert Keith Hampton
5
    Robert Keith Hampton
6   State Bar No. 08876500
    Clayton Rawlings
7   State Bar No. 16589900
    HAMPTON & RAWLINGS
8   1927 Norfolk
    Houston, Texas 77098
9   Telephone: (713) 520-7701
    Facsimile: (713) 520-8612
10  rkh72@aol.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                    Page 2