HAMPTON & RAWLINGS
Robert Keith Hampton (Tex. SBN 08876500)
Clayton Rawlings (Tex. SBN 16589900)
1927 Norfolk
Houston, Texas 77098
Telephone: [713] 520-7701
Facsimile: [713] 520-8612

LAW OFFICES OF BARRY A. ZIMMERMAN
Barry A. Zimmerman (SBN 129208)
1515 Lincoln Way
Auburn, California 95603
Telephone: [530] 823-0705
Facsimile: [530] 889-1711

Attorneys for Plaintiff
SHELBY GOMEZ, by and through her guardian ad litem, Arnold Gomez

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

| | |
|---|---|
| SHELBY GOMEZ, a minor, by and through Her Guardian ad litem, ARNOLD GOMEZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1 - L, inclusive,<br><br>Defendants, | Case No.: 2:09-CV-00225 MCE-KJM |

**ORDER**

After considering the Minor Plaintiff's Unopposed Motion for Approval of Proposed Compromise, and argument of counsel, the Court

GRANTS the motion and approves the Minor Plaintiff's Unopposed Motion for Approval of Proposed Compromise. The Court further authorizes the purchase of an annuity from Prudential Insurance Company of America ( rated A+15 by A. M. Best) for the benefit of the minor Plaintiff, and providing the minor Plaintiff with the following periodic payments:

$10,000 Annually, guaranteed 5 years, beginning on August 1, 2019. The last payment will be made on August 1, 2023;

Order                                                                                                                 Page 1

1  $400 per Month, guaranteed 5 years, beginning on August 1, 2019.  The last payment will

2  be made on July 1, 2024.;

3  $10,000 Annually, guaranteed 5 years, beginning on January 1, 2020.  The last payment

4  will be made on January 1, 2024; and

5  $514.04 per Month for the life of Shelby Gomez, guaranteed 30 years, beginning on

6  August 1, 2024, compounding at 3% annually.  The Compounding benefits begin August

7  1, 2025.  The last guaranteed payment will be made on July 1, 2054.

9  Notice of the purchase of said annuity shall be filed with the Court not later than ten (10) days

10  following the date of this Order.

11  IT IT SO ORDERED.

12  Dated:  May 14, 2010

14  _____
   MORRISON C. ENGLAND, JR.
15  UNITED STATES DISTRICT JUDGE

18  APPROVAL & ENTRY REQUESTED:

19  /s/  Robert Keith Hampton
   _____
20  Robert Keith Hampton
   State Bar No. 08876500
21  Clayton Rawlings
   State Bar No. 16589900
22  HAMPTON & RAWLINGS
   1927 Norfolk
23  Houston, Texas 77098
   Telephone: (713) 520-7701
24  Facsimile: (713) 520-8612
   rkh72@aol.com