RANDOLPH, CREGGER & CHALFANT LLP
John S. Gilmore, State Bar No. 32491
Stephanie L. Quinn, State Bar No. 216655
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:    (916) 443-2124

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GOMEZ, a minor, by and through her Guardian ad Litem, ARNOLD GOMEZ,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNION  PACIFIC  RAILROAD  COMPANY  and DOES 1 - L, inclusive,<br><br>             Defendants.<br>_____/ | No. 2:09-CV-00225 MCE-KJN<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON** |

    IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party is to bear its own costs and attorneys' fees.

Dated: June 10, 2010          HAMPTON & RAWLINGS


                                    /s/ Keith Hampton
                                    KEITH HAMPTON
                                    Attorneys for Plaintiff SHELBY GOMEZ, a minor by and
                                    through her Guardian ad Litem, ARNOLD GOMEZ

**Randolph Cregger & Chalfant**

1
STIPULATION OF DISMISSAL; ORDER THEREON

Dated: June 10, 2010                    RANDOLPH CREGGER & CHALFANT LLP


                                         /s/ John S. Gilmore
                                        JOHN S. GILMORE
                                        Attorneys for Defendant UNION PACIFIC RAILROAD
                                        COMPANY


**<u>ORDER</u>**

   IT IS SO ORDERED.  The Clerk of Court is directed to close the file.

Dated:  June 10, 2010

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE